IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY GONZALEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | NO. 16-2241 |

## ORDER

**NOW**, this 7th day of August, 2017, upon consideration of the Brief in Support of Plaintiff's Request for Review (Document No. 13), the defendant's response, the plaintiff's Reply to the Response, the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Document No. 17), the Plaintiff's Objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

3. The plaintiff's request for review is **DENIED**.

/s/TIMOTHY J. SAVAGE